AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

DEC - 2

United States of America
v.
CHRISTOPHER LARSON

*Defendant(s)*

Case No. 1:11MJ975

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 1, 2011 in the county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | By unlawfully and knowingly attempting to possess with intent to distribute a Schedule II controlled substance, namely, one kilogram of oxycodone. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Rebeca H. Bellows

*Complainant's signature*

Mark Embrey, DEA Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/02/2011

City and state: Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge