**FILED REDACTED PURSUANT TO THE E-GOVERNMENT ACT OF 2002**
JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** **Under Seal: Yes** X **No** ____ **Judge Assigned:** ____

City ____ Superseding Indictment ____ **Criminal Number:** 1:11 mJ 975

County/Parish Fairfax County Same Defendant ____ New Defendant X

Magistrate Judge Case Number ____ **Arraignment Date:** ____

Search Warrant Case Number ____

R 20/R 40 from District of ____

**Defendant Information:**

**Juvenile --Yes** ___ **No** X **FBI #** ____

**Defendant Name:** Christopher Larson **Alias Name(s)** ____

**Address:** [redacted], Lakeland, Florida 33813

**Employment:** ____

**Birth date** [redacted]1969 **SS#** [redacted]3123 **Sex** M **Def Race** Caucasian **Nationality** ____ **Place of Birth** ____

**Height** ____ **Weight** ___ **Hair** ____ **Eyes** ____ **Scars/Tattoos** ____

**Interpreter:** X **No** ___ **Yes List language and/or dialect:** ____ **Automobile Description** ____

**Location Status:**

Arrest Date December 1, 2011

__Already in Federal Custody as of ____ in ____

__Already in State Custody __On Pretrial Release __Not in Custody

__Arrest Warrant Requested __Fugitive __Summons Requested

__Arrest Warrant Pending X Detention Sought __Bond ____

**Defense Counsel Information:**

Name: ____ ___Court Appointed Counsel conflicted out: ____

Address: ____ ___Retained

Telephone: ____ ___Public Defender Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Rebeca Bellows Telephone No: 703-299-3748 Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Drug Enforcement Administration, Special Agent Mark Embrey (202) 514-1114

**U.S.C. Citations:** 1

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | attempt to possess with intent to distribute a Schedule II controlled substance | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 12/2/11 **Signature of AUSA:** Rebeca H. Bellows